*In re* **SCOTT**, Sandra Diane (MR 19966)
Crete, IL 60417-2868

Order of the Court:

The petition by the Administrator of the Attorney Registration and Disciplinary Commission to impose discipline on consent pursuant to Supreme Court Rule 762(b) is allowed, and respondent Sandra Diane Scott is suspended from the practice of law for 60 days. Suspension effective April 8, 2005.

Respondent Sandra Diane Scott shall reimburse the Disciplinary Fund for any Client Protection payments arising from her conduct prior to the termination of the period of suspension.